Js6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TREVONE HARRIS,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARREN L. MONTGOMERY,<br><br>Warden,<br><br>　　　　　　Respondent. | Case No. 5:21-cv-00674-MRA-SHK<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 29, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MÓNICA RAMÍREZ ALMADANI
　　　　　　　　　　　　　　　　　　　　United States District Judge